IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| RING & RING, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 2:12-cv-04157-NKL |
| | ) | |
| SAMUEL E. TRAPP, | ) | |
| ZESTO'S LLC, | ) | |
| JOHN DOE I, | ) | |
| JOHN DOE II, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL OF ALL CLAIMS

Come now all parties, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate to the voluntary dismissal of all claims and counterclaims asserted in the above captioned case. The parties further stipulate that each party shall bear their own costs.

\_\_/s/Matthew A. Clement_____  
Matthew A. Clement        #43833  
Kari A. Schulte           #57739  
COOK, VETTER, DOERHOFF &  
LANDWEHR, P.C.  
231 Madison Street  
Jefferson City, MO  65101  
(573) 635-7977  
(573) 635-7414 – facsimile  
mclement@cvdl.net  
kschulte@cvdl.net  

Attorneys for Plaintiff

\_\_\_/s/Samuel E. Trapp_____  
Samuel E. Trapp           #52617  
Christopher M. Freiburger #62899  
Trapp Law Firm  
4732 Osage Beach Parkway  
P.O. Box 1680  
Osage Beach, MO 65065  
(573)348-2021  
(573)348-2026 (Facsimile)  

Attorneys for Defendants